COLUMBUS BAR ASSOCIATION *v.* GARRISON.

[Cite as *Columbus Bar Assn. v. Garrison* (1994), 68 Ohio St.3d 461.]

(No. 93–2520—Submitted January 26, 1994—Decided March 23, 1994.)

462

*Bruce A. Campbell* and *Gus Robbins–Penniman,* for relator.

*Per Curiam.* After reviewing the record, we agree with the findings of fact, conclusions of law, and recommendation of the board. We hereby permanently disbar respondent from the practice of law in Ohio and tax costs to him.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.